# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GHEORGE VARTIC,<br><br>　　　　Defendant. | Case No. 2:16-cr-22-HDM-DJA<br><br>**Order Granting<br>Motion to Dismiss the Indictment** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Gheorge Vartic.

　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s*/Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Gheorge Vartic, it is hereby ordered that the warrant for his arrest, issued January 27, 2016, is quashed.

DATED this __17th__ day of __November__, 2020.

　　　　　　　　　　　　　　　　　　*[signature: Howard D. McKibben]*
　　　　　　　　　　　　　　　　　　HONORABLE HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE